# <u>EXHIBIT A</u>

 CT Corporation

**Service of Process
Transmittal**
01/25/2021
CT Log Number 538946673

TO:     Kim Lundy Service Of Process
        Walmart Inc.
        702 SW 8TH ST
        BENTONVILLE, AR 72716-6209

RE:     **Process Served in Texas**

FOR:    WALMART INC.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Windom Candi, Pltf. vs. Walmart, Inc, Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Citation, Return(s), Petition |
| COURT/AGENCY: | 152nd Judicial District Court Harris County, TX Case # 202100001 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - 01/04/2019 - 26270 N.W. Frvvy., Cypress Texas 77429 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Dallas, TX |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 01/25/2021 postmarked on 01/21/2021 |
| JURISDICTION SERVED : | Texas |
| APPEARANCE OR ANSWER DUE: | By 10:00 a.m. on the Monday next following the expiration date of 20 days after service |
| ATTORNEY(S) / SENDER(S): | Chadrick S. Henderson Henderson Law Group, PLLC POB 88323 Houston, TX 77288 832-209-1441 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 01/26/2021, Expected Purge Date: 01/31/2021 |
| | Image SOP |
| | Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| REGISTERED AGENT ADDRESS: | C T Corporation System 1999 Bryan Street Suite 900 Dallas, TX 75201 |
| | 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

Page 1 of  2 / DL

 CT Corporation

**Service of Process Transmittal**
01/25/2021
CT Log Number 538946673

TO:     Kim Lundy Service Of Process
        Walmart Inc.
        702 SW 8TH ST
        BENTONVILLE, AR 72716-6209

RE:     **Process Served in Texas**

FOR:    WALMART INC.  (Domestic State: DE)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

It shall Be Done, LLC
P.O. Box 10096
Houston, Tx 77206-0096

7017 2400 0000 7953 2593

Walmart Inc.
By: C.T. Corpation
1999 Bryan St.
#290
Dallas Tx 75201

UNITED STATES POSTAL SERVICE

1000

75201

U.S. POSTAGE PAID
FCM LETTER
HOUSTON, TX
7018
JAN 21.21
AMOUNT

$7.10
R2304H 07791-17

CAUSE NO. 202100001

COPY OF PLEADING PROVIDED BY PLT

RECEIPT NO: 923471

EML TRACKING NO: 73827737

| Plaintiff: | In The 152nd |
| WINDOM, CANDI | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| WALMART INC | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To:    **WALMART INC (A FOREIGN FOR PROFIT CORPORATION) BY SERVING THROUGH ITS CT CORPORATION**
**1999 BRYAN STREET SUITE 290, DALLAS TX 75201**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on January 4, 2021 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.

This citation was issued on January 4, 2021, under my hand and seal of said court.

Issued at the request of:

HENDERSON, CHADRICK STEWART
PO BOX 88323
HOUSTON, TX 77288
832-209-1441
Bar Number: 00797854



Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE  Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By:WANDA CHAMBERS

Tracking Number: 73827737

## CAUSE NUMBER: 202100001

| | |
|---|---|
| PLAINTIFF: WINDOM, CANDI | In the 152nd |
| vs. | Judicial District Court of |
| DEFENDANT: WALMART INC | Harris County, Texas |

## OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____, 20_____. Executed at

(Address)_____
in

_____ County at o'clock ___. M. On the _____ day of _____, 20_____, by

Delivering to _____defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the «Attachment». Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of _____, 20.

Fees $_____

_____          By_____
                 Affiant                                                    Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____, 20__.

_____
Notary Public

1/4/2021 1:31 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 49349963
By: Wanda Chambers
Filed: 1/4/2021 1:31 AM

## NO. **2021-00001**

| | | |
|---|---|---|
| **CANDI WINDOM** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| **vs** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **WALMART, INC** | § | |
| **Defendant,** | § | |
| | § | |
| | § | **152nd JUDICIAL DISTRICT** |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT:

Ms. Candi Windom, plaintiff, complains of Walmart, Inc., Defendant herein, and for cause of action shows:

### 1. Selection of Discovery Level

The Petition is being filed under Level 2 of Rule 190.3.

### 2. Parties and Service of Citation

Plaintiff is an individual residing in Harris County, Texas. Defendant, Wal-Mart, Inc., is a foreign for-profit corporation and can be served with process through its registered agent of service, CT Corporation, 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

### 3. Venue and Jurisdiction

Venue is proper in Harris County, Texas pursuant to Section 15.002 of the Texas Civil Practice and Remedies Code, because the incident which forms the basis of this suit occurred in Harris County, Texas, Plaintiff resides in Harris County, Texas, and Defendant does business in Harris County, Texas.

### 4. Facts

a. The Wal-Mart Supercenter, Store # 5091, located at 26270 N.W. Frwy., Cypress Texas 77429 ("the Premises"), is an especially busy retail location

b. Plaintiff went the Premises on or about January 4, 2019 to pick up a friend

c. When Plaintiff arrived at Wal-Mart there was a large fight between multiple adults

d. As Plaintiff was leaving the Premises, Plaintiff was stabbed on the arm by one of the adults involved in the fight.

### 5. Defendant's Negligence

Defendant own and operate the Premises where Candi Windom was stabbed. Further, Defendant was responsible for providing security for the Premises. Specifically, Defendant had an obligation to